No. 89–1714. PAULEY, SURVIVOR OF PAULEY v. BETH-ENERGY MINES, INC., ET AL. C. A. 3d Cir. [Certiorari granted, ante, p. 937];
No. 90–113. CLINCHFIELD COAL CO. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPART-

MENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 937]; and

No. 90–114. CONSOLIDATION COAL CO. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 937.] Motion of the Solicitor General for divided argument granted. Request of the claimants to be designated as respondents for purposes of oral argument granted. JUSTICE KENNEDY took no part in the consideration or decision of these motions.